JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STAR FABRICS, INC.

Plaintiff,

v.

ARA TRADING, INC., *et al.*

Defendants.

Case No.: 2:19−cv−05201−RGK−AS
*Hon. R. Gary Klausner Presiding*

**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE**

1

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed without prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: November 19, 2019          By: _____
                                  HON. R. GARY KLAUSNER
                                  UNITED STATES DISTRICT JUDGE